People v Isaac (2025 NY Slip Op 05428)

People v Isaac

2025 NY Slip Op 05428

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: CURRAN, J.P., BANNISTER, SMITH, OGDEN, AND GREENWOOD, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (212/21) KA 17-01813.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
CAMERON ISAAC, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.